IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00684-MSK-PAC

RICHARD CRANE,

    Plaintiff,

v.

ASHLEE PRATT,

    Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER comes before the Court upon the parties' Stipulation for Dismissal With Prejudice **(#20)**.

IT IS, ORDERED, ADJUDGED AND DECREED, that Plaintiff's Complaint is dismissed *with prejudice*, each party to pay its own attorney fees and costs.

DATED this 6th day of February 2006.

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge